ACCEPTED
12-15-00088-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/22/2015 1:58:52 PM
CATHY LUSK
CLERK

CAUSE NO. 12-15-00088-CR

| | | |
|---|---|---|
| SYDNEY LYNCH | § | IN THE |
| VS. | § | TWELFTH COURT |
| THE STATE OF TEXAS | § | OF APPEALS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/22/2015 1:58:52 PM
CATHY S. LUSK
Clerk

## MOTION TO
## EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 and 10.5(b)of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 7th Judicial District Court of Smith County, Texas.

2. The case below was styled State of Texas v. Sydney Lynch and numbered 007-0526-14.

3. Appellant was convicted of Unlawful Possession of a Firearm by a Felon on March 4, 2015.

4. Appellant was assessed a sentence of eight (8) years confinement in the Texas Department of Criminal Justice-Institutional Division.

5. Notice of Appeal was given on March 24, 2015.

6. The Clerk's Record was filed on April 13, 2015 and supplemented April 17, 2015; the Reporter's Record was filed on April 20, 2015.

7. The Appellant's Brief is due on May 20, 2015. Counsel requests the Court an extension of forty-five (45) days due to the number of briefs with deadlines.

8. Appellant requests an extension of time due to the following facts and circumstances.

Since the Reporter's Record in this case was completed, Counsel has filed:

A. A response to a writ of habeas corpus in 114-0515-12-A Ex parte Danny

Porter on April 29, 2015;

B. Appellant's Brief in <u>Jason Claire Reese v. State of Texas</u>, cause number 12-14-00363-CR on May 5, 2015; and

C. Proposed Findings if Fact and Conclusions of Law in <u>Ex parte Delbetric Hodge</u> writ number 241-1479-13A.

9. Counsel recently updated his calendering software in his office. After staff missed the deadline in the above referenced matter, it appears that not all previously calendared cases transferred during the update including this one.

10. Lastly, Appellant's Counsel has the following briefs pending:

A. Appellant's Brief in <u>Oscar Perkins v. State of Texas,</u> cause no. 12-15-00001-CR on June 8, 2015;

B. Appellant's Brief in <u>Roger Whitener v. State of Texas,</u> cause no. 12-15-00006-CR on May 29, 2015 with no further extensions;

C. Appellant's Brief in <u>Larry Maples v. State of Texas,</u> cause no. 12-14-00337-CR on June 1, 2015 with no further extensions;

D. Appellant's Brief in <u>Donald Powell v. State of Texas,</u> cause no. 12-14-00355-CR on June 3, 2015;

E. Appellant's Brief in <u>Christopher Earl Thurman v. State of Texas</u>, cause no. 12-14-00363-CR on June 10, 2015;

F. Appellant's Brief in <u>Joe Pittman v. State of Texas,</u> cause no. 12-15-00009-CR on June 12, 2015;

G Appellant's Brief in <u>Ricky Lynn Harris v. State of Texas,</u> cause no. 12-15-00104-CR on June 22, 2015;

H Appellant's Brief in <u>Charlie Motes v. State of Texas,</u> cause no. 12-15-00111-CR on June 23, 2015;

I. Appellant's Brief in <u>Harold Bass v. State of Texas,</u> cause no. 12-15-00071-CR upon the completion of the Reporter's Record;

J. Appellant's Brief in <u>Arron McLarey v. State of Texas,</u> cause no. 12-15-

00084-CR upon the completion of the Reporter's Record; and

K.     Appellant's Brief in <u>Christopher McLemore v. State of Texas,</u> cause no. 12-15-00091-CR upon the completion of the Reporter's Record.

11.     Appellant requests an extension of time due to the above referenced facts and circumstances.

12.     Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief for a period of forty-five (45) days, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,


Law Office of James W. Huggler, Jr.
100 E. Ferguson, Suite 805
Tyler, Texas 75702
Tel: (903) 593-2400
Fax: (903) 593-3830

By: /S/ James W. Huggler, Jr.
James W. Huggler, Jr.
State Bar No. 00795437
Attorney for APPELLANT

CERTIFICATE OF SERVICE

This is to certify that on May 22, 2015, a true and correct copy of the above and foregoing document was served on Mike West, Smith County District Attorney's Office, 100 North Broadway Ave., 4th Floor, Smith County Courthouse, Tyler, Texas 75702, by regular mail, fax, hand delivery, or electronic filing.

/S/ James W. Huggler, Jr.
James W. Huggler, Jr.